UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MODULAR ARTS, INC,

    Plaintiff,

v.

INTERLAM CORPORATION,

    Defendant.

Case No. C07-382TSZ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF MODULAR ARTS, INC. , and on behalf of DEFENDANT INTERLAM CORPORATION in the amount of $15,991.43 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. Fees of the Clerk | $75.00 | 0 | $75.00 |
| II. Deposition Costs | $6,239.20 | $795.53 | $5,443.67 |

Cost associated with renting of conference room was disallowed.

| | | | |
|---|---|---|---|
| III. Witness Fees | $9,361.47 | $165.60 | $9,195.87 |

Clerk reduced subsistence costs. A witness is authorized subsistence allowance set for a government employee not actual expenses incurred.

| | | | |
|---|---|---|---|
| IV. Copy Costs | $1,276.89 | 0 | $1,276.89 |

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| V.  Mediator | $7,108.09 | $7,108.09 | 0 |

Mediator costs are not allowed.

Dated this ___13th___ day of MAY, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2