UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MODULAR ARTS, INC.,

    Plaintiff,

v.

INTERLAM CORPORATION,

    Defendant.

Case No. C07-382TSZ

RETAXATION OF COSTS

    Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF MODULAR ARTS, INC. , and on behalf of DEFENDANT INTERLAM CORPORATION in the amount of $11,346.42 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. Fees of the Clerk | $75.00 | 0 | $75.00 |
| II. Deposition Costs | $6,239.20 | $1,065.75 | $5,173.45 |

Clerk did not allow costs associated with realtime reporting at depositions. All other expenses incurred were deemed "necessary" by the clerk. Unlike the original cost bill there was no request to be reimbursed for conference room.

| III. Witness Fees | $9,361.47 | $4,540.39 | $4,821.08 |

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|

All costs for Skip Eckenrod were disallowed. As owner of Inerlam Corporation, he is considered a party in interest and not entitled to witness fees and costs. All other witnesses were authorized to receive subsistence allowances set for a government employee. (Seattle - $216.00 per day plus $64.00 for the last day — Madison - $143.00 per day plus $54.00 for the last day) Witnesses did not receive actual expenses incurred. Mr. Bishop and Mr. Greene were authorized fees for 5 days each. Actual travel costs were allowed.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. Copy Costs | $1,276.89 | 0 | $1,276.89 |

Clerk determined that copy costs requested were reasonable and necessary.

Dated this ____22nd____ day of August, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2